**FILED**

03/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0094

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No.
DA 20-0094

MILLIGAN ACCOUNTING, INC., )
)
       Plaintiff/Appellee, )
)
  vs. )    **AMENDED ORDER**
)    **OF MEDIATOR**
JUNKERMIER, CLARK, CAMPANELLA, )    **APPOINTMENT**
STEVENS, P.C., CHRISTINA RIEKENBERG, )
PAUL UITHOVEN, TERRY L. ALBORN, and )
ALBORN, UITHOVEN, RIEKENBERG, P.C. )
d/b/a AMATICS CPA GROUP, )
)
       Defendants/Appellants. )
_____)

A Joint Motion for Amended Order of Mediator Appointment having been filed by the parties, and good cause appearing therefrom,

IT IS ORDERED THAT the Order of Mediator Appointment dated March 4, 2020 is amended to provide that the name of Dominic P. Carestia be substituted for that of Michael P. Sand.

IT IS FURTHER ORDERED THAT all other terms of the Order of Mediator Appointment dated March 4, 2020 remain as stated.

1

DATED March _____, 2020.

_____

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 16 2020